IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
v.                                                                        CASE NO. 1:96-cr-00025-MP

GEORGE WASHINGTON PARKER, JR,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 90, Motion to Reduce Sentence, filed by George Washington Parker, Jr.  Defendant brought this motion pursuant to 18 U.S.C. § 3582(c)(2), which permits the Court to modify a sentence "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . ."  In the instant case, Defendant claims that he is entitled to relief based on Amendment 709 to § 4A1.2(a)(2) of the United States Sentencing Guidelines ("Guidelines"), which directs the Court in its computation of prior sentences when determining a defendant's criminal history.[1]  Amendment 709 had an effective date of November 1, 2007.  Therefore, the Amendment could only affect Defendant's sentence if it were applied retroactively.

Pursuant to 18 U.S.C. § 3582(c), such retroactive application is proper only if (1) the defendant's sentencing range has subsequently been lowered by the Sentencing Commission; (2)

---

[1] Defendant's motion makes reference to "Amendment 12 [§] 4A1.2(a)(2) effective November 1, 2007."  Doc. 90 at 1.  However, Amendment 12 modified § 2B2.1(b)(2) and had an effective date of June 15, 1988.  That amendment is not applicable to the facts of Defendant's case, and it is clear Defendant intended to cite Amendment 709.  The Court treats Defendant's motion accordingly.

the reduction is consistent with the factors set forth in section 3553(a) to the extent they are applicable; and (3) such a reduction is consistent with applicable policy statements issued by the Sentencing Commission. With regard to the last question–whether retroactive application of an amendment to the Guidelines is consistent with applicable policy statements–the Commission makes its policy statements regarding retroactivity of amendments by periodically amending Guidelines § 1B1.10.  That section contains the Commission's policy statement on retroactivity and, in § 1B1.10(c), the Commission expressly lists the Amendments that it intends to have retroactive effect.  Amendment 709 is not on that list, so it is not a basis for relief under 18 U.S.C. § 3582(c)(2).  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's motion at Doc. 90 to reduce his sentence is DENIED.

**DONE AND ORDERED** this *20th* day of August, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge